

FILED
1/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

1:26-cr-00019
Judge Jeremy C. Daniel
Magistrate Judge Daniel P. McLaughlin
RANDOM / Cat. 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violations: Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4) |
| ROBERTO SOTO-ALVAREZ | |

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about May 29, 2022, at Warrenville, in the Northern District of Illinois, Eastern Division,

ROBERTO SOTO-ALVAREZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about November 18, 2008, and March 17, 2011, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY